FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 09 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-654 JB |
| vs. | ) 18 U.S.C. §§ 1153 and 1112: |
| | ) Involuntary Manslaughter. |
| **SHELDON CARLTON DAYE,** | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about October 2, 2022, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **SHELDON CARLTON DAYE**, an Indian, unlawfully killed John Doe and Jane Doe by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when he knew and should have known that his conduct imperiled the lives of others.

In violation of 18 U.S.C. §§ 1153 and 1112.

A TRUE BILL:

\S\
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney