# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>SHELDON CARLTON DAYE<br>*Defendant* | )<br>)<br>) Case No. CR 23-654 JB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SHELDON CARLTON DAYE,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 1112: Involuntary Manslaughter.

Date: 05/09/2023

_____
Issuing officer's signature

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/9/23, and the person was arrested on *(date)* 5/11/23
at *(city and state)* Vanderwagen, NM.

Date: 5/11/23

_____
Arresting officer's signature

FBI SA James Ridder
*Printed name and title*